UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lakitta Reaves,

        Plaintiff,        Civil No. 06-4481 (RHK/AJB)

vs.        **DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

Ortho-McNeil Pharmaceutical, Inc.,
Johnson & Johnson, Johnson & Johnson
Pharmaceutical Research and Development,
L.L.C., f/k/a R.W.Johnson Institute,

        Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: November 13, 2006

                              s/Richard H. Kyle
                              RICHARD H. KYLE
                              United States District Judge